ROBERT D. CHRISTENSON, #076060
CHRISTENSON LAW FIRM
472 WEST PUTNAM AVENUE
PORTERVILLE, CALIFORNIA   93257

(559) 784-4934 Telephone
(559) 784-3431 Facsimile

Attorneys for Plaintiff


UNITED STATES DISTRICT COURT

EASTERN DISTRICT of CALIFORNIA

---o0o---

| | |
|---|---|
| MARIA CAMPOS, | CASE NO: CIV-F 05-1141 REC TAG |
| Plaintiff, | |
| vs | STIPULATION and ORDER to EXTEND TIME |
| COMMISSIONER of SOCIAL SECURITY, | |
| Defendant. | |

The parties, through their respective counsel, stipulate that the time for filing Plaintiff's Opening Brief be extended from April 14, 2006 to May 14, 2006.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This is the Plaintiff's first request for an extension of time in this case. The Plaintiff needs more time to prepare the Opening Brief.

                                        Respectfully submitted,

                                        /s/ Robert D. Christenson

Dated:  April 10, 2006                   ROBERT D. CHRISTENSON
                                                       Attorney for Plaintiff


Dated:  April 10, 2006                   **McGREGOR W. SCOTT**
                                                       United States Attorney


                                        /s/ Kimberly A. Gaab/sjm
                                        _____
                                        **KIMBERLY A. GAAB**
                                        Assistant U.S. Attorney


IT IS SO ORDERED.

Dated:  **April 12, 2006**                   _____**/s/ Theresa A. Goldner**_____
**j6eb3d**                                                UNITED STATES MAGISTRATE JUDGE