```
 1 │ McGREGOR W. SCOTT
   │ United States Attorney
 2 │ KRISTI C. KAPETAN
   │ Assistant U.S. Attorney
 3 │ 4401 Federal Building
   │ 2500 Tulare Street
 4 │ Fresno, California 93721
   │ Telephone: (559) 497-4036
 5 │ Fax No: (559) 497-4099
   │ Attorneys for Defendant
 6 │
 7 │
   │              IN THE UNITED STATES DISTRICT COURT FOR THE
 8 │
   │                    EASTERN DISTRICT OF CALIFORNIA
 9 │
10 │ MARIA CAMPOS,                    )    1:05-CV-1141 TAG
   │                                  )
11 │         Plaintiff,    )    STIPULATION AND
   │                       )    ORDER TO EXTEND
12 │         v.            )    TIME
   │                       )
13 │ JO ANNE B. BARNHART,  )
   │ Commissioner of Social)
14 │ Security,             )
   │                       )
15 │         Defendant.    )
   │ _____)
16 │
17 │      The parties, through their respective counsel, stipulate that the time for filing defendant's
18 │ opposition to plaintiff's opening brief be extended from June 13, 2006 to July 13, 2006.
19 │ ///
20 │ ///
21 │ ///
22 │ ///
23 │ ///
24 │ ///
25 │ ///
26 │ ///
27 │ ///
28 │
```

This is defendant's first request for an extension of time to file a response to plaintiff's opening brief. Defendant needs the additional time to further review the file and prepare a response in this matter.

Respectfully submitted,

Dated: June 7, 2006          /s/ Robert D. Christenson
                             (As authorized via facsimile)
                             ROBERT D. CHRISTENSON
                             Attorney for Plaintiff


Dated: June 7, 2006          McGREGOR W. SCOTT
                             United States Attorney

                             /s/ Kristi C. Kapetan
                             KRISTI C. KAPETAN
                             Assistant U.S. Attorney


IT IS SO ORDERED.

Dated: **JUNE 7, 2006**              **/S/ THERESA A. GOLDNER**
**J6EB3D**                           UNITED STATES MAGISTRATE JUDGE